# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0002. RICKY BYRD, SR. v. SHARON L. BYRD.

Ricky Byrd, Sr., and Sharon L. Byrd divorced in June 2022. In February 2023, Ricky filed a motion for contempt, alleging that Sharon had failed to comply with certain provisions of the divorce decree regarding Ricky's personal property. On April 14, 2023, in two separate orders, the trial court dismissed Ricky's motion for contempt and awarded Sharon attorney fees pursuant to OCGA § 9-15-14. Ricky thereafter filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984) (a contempt petition from a divorce decree is a domestic relations case that requires compliance with the discretionary appeal statute). Appeals of attorney fees awards under OCGA § 9-15-14 must also be made by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (10); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus,

Ricky's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   07/27/2023*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*